CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
October 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

UNITED STATES OF AMERICA

v.

BRYAN EDWARD POORMAN

Case No. 6:25mj44

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Wesley D. Magnuson, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of a complaint and arrest warrant under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure.

2.  I am a Special Agent with the U.S. Department of Veterans Affairs ("VA"), Office of Inspector General ("VA-OIG") and have been so employed since June 2021. Prior to my employment with VA-OIG, I was employed as a Police Officer from October 2018 to June 2021. Your affiant is a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the Uniformed Police Training Program, both in Glynco, Georgia. I have also received additional training and have experience in criminal investigations, and have bachelor's degrees in criminal justice and psychology. I am currently assigned to the VA-OIG Washington Resident Agency located in Washington, District of Columbia. As such, part of my duties include investigating crimes committed against programs and operations of the VA by employees and non-employees, as well as allegations of serious violations of policies and procedures by high-ranking members at the VA. These duties also include investigating matters related to persons who knowingly and

1

willingly commit criminal acts against the United States.

3. As a result of my training and experience, I am familiar with federal criminal laws pertaining to theft against the government and know that it is a violation of Title 18, United States Code, Section 641 to willfully and knowingly steal or convert to one's own use any voucher, money, or other thing of value belonging to the United States. As discussed below, I submit that there is probable cause to believe that Bryan Edward Poorman ("**POORMAN**") has violated this statute.

4. The information contained in this affidavit is based on my personal knowledge of, and involvement in, this investigation as well as other facts and information provided to me by other law enforcement officers involved in this investigation. I am thoroughly familiar with the information contained in this affidavit through personal exposure to the records and reports, and through discussions with other law enforcement personnel.

5. The facts set forth below are true and correct to the best of my knowledge. Because this affidavit is being submitted for the limited purpose of supporting a federal criminal complaint and arrest warrant for **POORMAN**, this affidavit does not purport to set forth all the facts and circumstances known to me about this matter. Instead, this affidavit sets forth only those facts which I believe are necessary to support a finding of probable cause to believe that **POORMAN** committed the charged offense.

## BACKGROUND

6. The VA is a United States Cabinet-level executive branch department that provides lifelong healthcare services and other benefits to eligible military veterans and their families. The VA is comprised of the Veterans Benefits Administration ("VBA"), the

2

Veterans Health Administration ("VHA"), and the National Cemetery Administration ("NCA").

7. VBA provides financial and other non-medical benefits and services to eligible servicemembers, veterans, and their families. Included in these benefits is disability compensation, a benefit paid to a veteran because of injuries or diseases that happened while on active duty, or were made worse by active military service. It is also paid to certain veterans disabled from VA healthcare. The benefits are tax free.

8. VHA is the largest integrated health care system in the United States with more than 1,400 sites of care, including hospitals, community clinics, community living centers, domiciliary, readjustment counseling centers and various other facilities. Basic eligibility for health care benefits is any person who served in the active United States military, naval, or air service and who was discharged or released under conditions other than dishonorable. Reservists and National Guard members may also qualify for VA health care benefits if they were called to active duty, other than for training only, by a federal order and completed the full period for which they were called or ordered to active duty. Minimum duty requirements must be met for veterans who enlisted after September 7, 1980, or who entered active duty after October 16, 1981, must have served 24 continuous months or the full period for which they were called to active duty to be eligible. This minimum duty requirement may not apply to veterans discharged for hardship, early out or a disability incurred or aggravated in the line of duty.

## PROBABLE CAUSE

### Investigation of POORMAN's Military Service Claims

9. In May 2023, VA-OIG agents opened an investigation into threatening telephone communications made to VA employees by an individual later identified as **BRYAN EDWARD POORMAN ("POORMAN")**.

10. On September 6, 2023, VA-OIG agents arrested **POORMAN** pursuant to a federal arrest warrant, charging him with a violation of 18 U.S.C. § 115(a)(1)(B), and interviewed him at the VA Medical Center in Salem, Virginia. Prior to being interviewed, VA-OIG agents read **POORMAN** his *Miranda* Rights, which he voluntarily waived. During the interview, **POORMAN** told agents that he served in the United States Army from 1992 until 1998. **POORMAN** also stated that he had been using VA services since 2009 or 2010, but he felt discriminated and slandered against because he was not getting the services he was looking for, including housing. At the time of the interview, agents did not further question **POORMAN** about his military service because it was not yet known that **POORMAN** never served in the military.

11. On September 8, 2023, a VBA employee reported to VA-OIG *"red flags"* when reviewing **POORMAN's** file in the Veterans Benefits Management System ("VBMS"), VBA's electronic database, after **POORMAN** submitted a claim for VA disability compensation. The employee noted being unable to find any Certificate of Release or Discharge from Active Duty forms ("DD-214"), Service Treatment Records ("STRs") from the military, or personnel records. The employee noted that **POORMAN** would have been 16 years old when he joined the United States Army, since his birthday was in 1975, and his military service reported in VBMS started on January 1, 1992. VA-OIG agents further investigated **POORMAN's** claims of serving in the military.

4

12. While reviewing records in **POORMAN's** file in VBMS, your affiant reviewed an email uploaded on June 28, 2023, from a VA employee ("Employee 1"). The email was sent by Employee 1 at the Health Eligibility Center, VHA's centralized authority for eligibility verification and determinations for VA medical care, to an employee ("Employee 2") at VBA's St. Petersburg VA Regional Benefit Office, an office in Florida that processes and decides disability compensation claims. The email requested assistance and reported "*...difficulty verifying eligibility for this individual based on the conflicting information presented in VBMS.*" The email referenced an update to the record on March 31, 2023, indicating **POORMAN** did not have any documentation and was not eligible [for benefits]. Employee 1 also referenced an update in the record on February 4, 2022, indicating **POORMAN** was eligible with military service dates.

13. On the same date, in response to the email requesting her assistance, Employee 2 at VBA's St. Petersburg VA Regional Benefit Office uploaded a letter to VBMS. Employee 2 wrote that she and another employee reviewed **POORMAN's** [disability compensation] claim in VBMS and concluded "*...there was no evidence to verify the claimant's service.*" Employee 2 annotated that she checked Defense Personnel Records Information ("DPRIS") and other systems. Employee 2 reported changing the military service in VBMS to unknown and concluded, "*There is no indication of any Military Service for this claimant at this time.*"

14. On September 9, 2023, your affiant queried **POORMAN** and his identifiers through DPRIS, an online interface and repository that allows authorized users to download Official Military Personnel Files from branches of the United States military, but did not find any records relating to **POORMAN**.

5

15. On September 26, 2023, your affiant received a memorandum from the United States Army, Human Resources Command, the functional proponent for talent management, human resources, and data systems for the United States Army, stating that *"After conducting a search, no records were in the Interactive Personnel Management System and the Electronic Military Records (NPRC) databases pertaining to Mr. Bryan Edward Poorman."*

16. On September 27, 2023, your affiant received an email from Special Agent Jaime Jones, Defense Finance and Account Service ("DFAS"), the agency who administers payments to United States Department of Defense servicemembers, employees, vendors, and contractors, stating a search using **POORMAN's** social security number did not return with any findings from the United States Army, Navy, or Air Force. Special Agent Jones noted that the United States Army pay system went back 10 years.

17. On October 2, 2023, your affiant received a letter from the United States National Archives, National Personnel Records Center, the central repository of personnel records for both the military and civil services of the United States Government, stating *"We have conducted extensive searches of every records source and alternate records source at this Center; however, we have been unable to locate any information that would help us verify the veteran's military service."*

18. For the foregoing reasons, your affiant has concluded that **POORMAN** is not a veteran of the United States Army or any other branch of the United States military. Therefore, he is not eligible to receive any VA healthcare services and other benefits to eligible military veterans.

### POORMAN's Applications for VBA Disability Compensation

19. Despite not being a military veteran, on September 27, 2016, **POORMAN** submitted an Application for Disability Compensation and Related Compensation Benefits, VA Form 21-526EZ, to VBA. On the form, **POORMAN** reported being a United States Army veteran having served from 1992 to October 2002. **POORMAN** claimed disabilities for bilateral ankle pain, left leg and knee pain from a gunshot wound, tinnitus, upper left arm pain from a gunshot wound, back pain, and head pain from being knocked unconscious two times during combat.

20. On November 20, 2016, **POORMAN** submitted a second Application for Disability Compensation and Related Compensation Benefits, VA Form 21-526EZ, to VBA. On the form, **POORMAN** reported being a United States Army veteran having served from January 12, 1992, to October 14, 2002. **POORMAN** claimed disabilities for hearing loss in the left ear, bilateral tinnitus, post-traumatic stress disorder ("PTSD"), mental health condition including personality disorder and schizophrenia, back issues, bilateral feet and ankle issues, and pain in his left leg due to a gunshot wound.

21. On February 16, 2017, VBA denied **POORMAN's** claim for disability compensation because he did not provide a DD-214 form or other separation papers for his claimed periods of military service.

22. On March 27, 2018, **POORMAN** submitted another Application for Disability Compensation and Related Compensation Benefits, VA Form 21-526EZ, to VBA. On the form, **POORMAN** reported being a United States Army veteran having served, including in combat, from January 15, 1992, to December 23, 2002, and in the National

Guard from 2004 to 2005. **POORMAN** claimed disabilities for left and right leg injuries, left shoulder injury, right side torso injury, left ankle injury, bottom of right foot injury, and a personality disorder.

23.   On May 19, 2018, VBA denied **POORMAN's** claim for disability compensation because they could not confirm his veteran status.

24.   On October 11, 2022, **POORMAN** submitted another Application for Disability Compensation and Related Compensation Benefits, VA Form 21-526EZ, to VBA. On the form, **POORMAN** claimed disabilities for PTSD, personality disorder, anxiety, depression, hearing loss in left ear, left leg pain and lower back pain from being "*shot in service*," plantar fasciitis, feet condition, bilaterial knee condition, tinnitus, and left eye vision loss. The military service information on the form was left blank.

25.   On January 4, 2024, VBA denied **POORMAN's** claims for disability compensation stating they were unable to verify **POORMAN's** military service and "*no compensation benefits are authorized.*"

### POORMAN's Application for VA Healthcare Benefits

26.   In order to obtain healthcare services through VHA, including homeless housing support, **POORMAN** completed and submitted Applications for Health Benefits ("VA Form 10-10EZ") and Health Benefits Update ("VA Form 10-10EZR") forms to VHA Medical Centers throughout the United States.

27.   VA Form 10-10EZ is used by veterans to apply for enrollment in the VHA healthcare system. The information provided on this form is used by VHA to determine the veteran's eligibility for certain medical benefits. A header on VA Form 10-10EZ reads, "*Federal law provides criminal penalties, including a fine and/or imprisonment for up to 5*

8

*years, for concealing a material fact or making a materially false statement (See 18 U.S.C. 1001)."*

28. Since some benefits have income limits, VA Form 10-10EZR is used by VHA as a periodic update for personal, insurance, or financial information after a veteran is enrolled in the VA healthcare system. The 10-10EZR form does not ask specific questions about military service but is still used by VHA to determine whether eligible veterans maintain certain healthcare eligibilities.

29. While VHA has locations across the United States, eligibility determinations based on a VA Form 10-10EZ or VA Form 10-10EZR submitted at one location can apply nationwide to other VHA locations. After being enrolled, eligible veterans can receive benefits including inpatient and outpatient appointments, prosthetics, prescription drugs, homeless or housing support, and access to other programs.

30. On September 27, 2016, **POORMAN** submitted a VA Form 10-10EZ through the Durham VA Medical Center in Durham, North Carolina, to enroll in the VA healthcare system. On the form, **POORMAN** stated he served in the United States Army from January 1, 1992, until January 1, 2002. In addition to receiving an honorable discharge, **POORMAN** checked boxes indicating he was awarded the Purple Heart Medal, served in combat and the Gulf War, was discharged due to a disability, exposed to radiation while in the military, and received nose and throat radium treatment while in the military.

31. On October 12, 2017, **POORMAN** submitted another VA Form 10-10EZ through the Charles George VA Medical Center in Asheville, North Carolina. In addition to receiving an honorable discharge, **POORMAN** reported serving in the United States Army from January 1, 1992, until October 1, 2002.

32. On February 20, 2019, **POORMAN** submitted another VA Form 10-10EZ through the Michael E. DeBakey VA Medical Center in Houston, Texas. **POORMAN** reported receiving an honorable discharge having served in the United States Army from 1992 to 2002.[1] **POORMAN** checked boxes indicating he received the Purple Heart Medal, was a Prisoner of War, served in combat and the Gulf War, and was discharged because of a disability.

33. On November 13, 2020, **POORMAN** submitted another VA Form 10-10EZ through the Fayetteville VA Medical Center in Fayetteville, North Carolina. On the form, **POORMAN** reported having served in the United States Army from 1992 until 1994 with an honorable discharge.

34. On July 14, 2021, **POORMAN** submitted another VA Form 10-10EZ through the Alvin C. York VA Medical Center in Murfreesboro, Tennessee. In addition to having received an honorable discharge, **POORMAN** reported having served in the United States Army from January 1, 1992, until October 1, 2002.

35. Between March 13, 2018, and January 6, 2023, **POORMAN** submitted five 10-10EZR forms at different VA Medical Centers across the country. Of note, on the form he submitted on May 20, 2021, through the Audie L. Murphy Memorial VA Medical Center in San Antonio, Texas, **POORMAN** reported that his health insurance was *"VA Health Care."*

36. As a result of **POORMAN**'s false statements about him serving in the United States Army on VA Forms 10-10EZ, and his continued completion of VA Forms 10-10EZR, VHA provided **POORMAN** with medical care and homeless assistance services and

---

[1] *2002 was entered under the "Last Entry Date" and "Last Discharge Date." 1992 was entered in the "Future Discharge Date."*

10

benefits at VHA locations throughout the United States, including in the Western District of Virginia.

### VHA Benefits POORMAN Received

37. From September 2016 through August 2023, **POORMAN** visited and received medical care at VA medical centers and clinics throughout the United States, including at the Salem VA Medical Center in Salem, Virginia, and the Lynchburg Community Based Outpatient Clinic in Lynchburg, Virginia, both located in the Western District of Virginia.

38. Relevant to this complaint, between May 19, 2023, and May 24, 2023, **POORMAN**, still presenting himself as a homeless veteran, completed four telephone assessment and management calls through the Salem VA Medical Center with a VA social worker, primarily to obtain homeless housing assistance from VA programs intended for homeless veterans.[2] One of these calls included meeting with a VA social worker in Salem. Each call is considered a service that has a monetary cost associated with it.

39. Additionally, on May 22, 2023, **POORMAN** met with a VA social worker at the Lynchburg Community Based Outpatient Clinic to complete documentation for enrollment into the VA's Supportive Services for Veteran Families Program. **POORMAN** also met with a VA social worker at this facility on May 24, 2023. Each of these meetings is also considered a service and has a monetary cost associated with it.

---

[2] On May 19, 2023, a social worker noted that in reviewing **POORMAN'S** file, she found notes/entries questioning his eligibility to receive services, specifically due to a lack of proof of military service. The most recent note indicated, that for this reason, he was not eligible for care at the Salem VA. However, after contacting health benefits to discuss these discrepancies she was provided documentation indicating that **POORMAN** was eligible for care.

40. As a result of these interactions with VA employees, **POORMAN** received benefits from VA's Supportive Services for Veteran Families Program, a program providing supportive services to very low-income veterans to prevent imminent loss of a veteran's home or rapidly re-house veterans and their families who are homeless and might remain homeless without this assistance. These benefits include housing search, covering costs of rent, utilities, and move-in assistance, and other support.

42. Specifically, between on or about May 22, 2023, through May 26, 2023, **POORMAN** was enrolled in the program and received housing assistance from the Total Action Against Poverty, a VA grantee organization, in Roanoke, Virginia, located in the Western District of Virginia. As a result, VA paid $142.64 in temporary financial assistance on **POORMAN**'s behalf to Total Action Against Poverty. This cost was associated with a two-night hotel stay at a Super 8 Motel in Lynchburg, Virginia.

43. As discussed above, **POORMAN** is not a veteran. Therefore, he was not eligible to receive the services and things of value provided to him by the VA in the Western District of Virginia.

## CONCLUSION

44. Based on the foregoing, your affiant asserts that there is probable cause to believe that between May 19, 2023 and May 24, 2023, in the Western District of Virginia, **BRYAN EDWARD POORMAN**, did willfully and knowingly steal and convert to his own use, any voucher, money, or thing of value belonging to the United States. Accordingly, I respectfully request that a federal arrest warrant be issued for **BRYAN EDWARD POORMAN**.

Respectfully Submitted,

_____
Wesley D. Magnuson
Special Agent
U.S. Department of Veterans Affairs
Office of Inspector General-CID

Subscribed and attested to by telephone on October 17, 2025.

_____
THE HON. C. KAILANI MEMMER
UNITED STATES MAGISTRATE JUDGE