AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

RECEIVED
UNITED STATES MARSHAL
12:25 pm, Oct 17 2025
Western District of Virginia

United States of America
v.

Bryan Edward Poorman

*Defendant*

Case No. 6:25mj44

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/21/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Bryan Edward Poorman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Theft of Government Property in violation of 18 U.S.C. § 641 (misdemeanor).

Date: 10/17/2025

*Issuing officer's signature*

City and state:   Roanoke, Virginia

THE HONORABLE. C. KAILANI MEMMER
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/17/2025, and the person was arrested on *(date)* 10/19/2025
at *(city and state)*  Salem, VA (Western Virginia Regional Jail).

Date: 10/21/2025

JASON BRYANT  Digitally signed by JASON BRYANT
Date: 2025.10.21 09:37:10 -04'00'
*Arresting officer's signature*

Jason Bryant, DUSM
*Printed name and title*